# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CAROLYN L. SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security, )<br>)<br>)<br>Defendant. ) | No. 4:04cv1142 SNL/FRB |

## ORDER

The review and recommendation of United States Magistrate Judge Frederick R. Buckles (#14), filed January 10, 2006, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

Accordingly,

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge Frederick R. Buckles is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner be **AFFIRMED** and that the Plaintiff's Complaint be **DISMISSED** with prejudice.

Dated this 24th day of January, 2006.

_____
UNITED STATES SENIOR DISTRICT JUDGE